(Submitted May 20, 1935; decided May 28, 1935.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 265.)